No. D–2241. IN RE DISBARMENT OF GOMSRUD. Disbarment entered. [For earlier order herein, see 531 U. S. 1138.]

No. D–2242. IN RE DISBARMENT OF FREEMAN. Disbarment entered. [For earlier order herein, see 531 U. S. 1139.]

No. D–2243. IN RE DISBARMENT OF MCKEE. Disbarment entered. [For earlier order herein, see 531 U. S. 1139.]

No. D–2244. IN RE DISBARMENT OF SEAGULL. Disbarment entered. [For earlier order herein, see 531 U. S. 1139.]

No. D–2248. IN RE DISBARMENT OF MORRISSEY. Disbarment entered. [For earlier order herein, see 531 U. S. 1139.]

No. D–2249. IN RE DISBARMENT OF RATHJEN. Disbarment entered. [For earlier order herein, see 531 U. S. 1140.]

No. D–2251. IN RE DISBARMENT OF BARRETT. Disbarment entered. [For earlier order herein, see 531 U. S. 1188.]

No. D–2252. IN RE DISBARMENT OF MCGEE. Disbarment entered. [For earlier order herein, see 531 U. S. 1188.]

No. D–2253. IN RE DISBARMENT OF SIEGFRIED. Disbarment entered. [For earlier order herein, see 531 U. S. 1188.]

No. 00–1406. CHEVRON U. S. A. INC. v. ECHAZABAL. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 00–10111. IN RE BOLANO;
No. 00–10204. IN RE FLOWERS; and
No. 00–10222. IN RE THOMAS. Petitions for writs of habeas corpus denied.

No. 00–10228. IN RE WESTINE. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8.

No. 00–10456 (00A1072). IN RE GARZA. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 00–9459. IN RE PETWAY; and
No. 00–9945. IN RE VONIA. Petitions for writs of mandamus denied.